DJW/sr

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**LISA TURRENTINE,**

                       **Plaintiff,**                      **CIVIL ACTION**

    **v.**

                                                **No. 08-2042-JWL-DJW**

**UNITED PARCEL SERVICE, INC.,**

                         **Defendant.**

## ORDER FOR INSPECTION AND REPRODUCTION
## OF RECORDS OF
## THE KANSAS HUMAN RIGHTS COMMISSION

This matter is before the Court on the joint motion of the parties (doc. 13) for an order directing the Kansas Human Rights Commission (the "KHRC") to produce for inspection and copying all records pertaining to Lisa Turrentine's charge referenced as **Docket Nos. 30921-07 and 31520-08**.

After being fully and duly advised in the premises, the Court finds that the requested documents are relevant and discoverable, subject to the Court's review of any objections that may be filed by the KHRC. The KHRC shall produce such documents for inspection and copying by the attorneys of record herein; provided, however, that the KHRC may, upon review of its file: (1) withhold from production any documents that are deliberative or conciliatory in nature or that are work product of a KHRC attorney; and (2) file objections to producing any other documents that the KHRC contends it has a legal basis not to produce. Any such objections shall be filed with the Court and served on the parties herein within **twenty (20)** days of the date of this Order.

**IT IS THEREFORE ORDERED BY THE COURT** that the KHRC shall produce for

inspection by the attorneys of record for both plaintiff and defendant, all records pertaining to Lisa Turrentine's charge referenced as **Docket Nos. 30921-07 and 31520-08**, subject to the qualifications set forth in the preceding paragraph.  The KHRC shall allow copies of the same to be made at the expense of the party requesting such reproduction.

**IT IS SO ORDERED**.

Dated in Kansas City, Kansas on this 20th day of May 2008.

s/ David J. Waxse
David J. Waxse
U.S. Magistrate Judge

cc:   All counsel
     *Pro se* parties
     and
     Brandon L. Myers
     Chief Legal Counsel/KHRC
     568 S. Landon State Office Building
     900 SW Jackson Street
     Topeka, KS 66612-1258